IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No: |
| | : | MDL 875 |
| This Document Relates to the | : | |
| Cases Listed Below | : | |

## ORDER

And now this 2nd day of March, 2012, these cases having recently been referred to us by Judge Eduardo C. Robreno, it is hereby **ORDERED** that the Amended Case Management and Scheduling Order for CVLO-7 dated January 3, 2012[1] shall apply to the following cases:

**BIANCHI  12-60035**

**CLAYPOOL 08-89322**

**COOPER 08-88318**

**JURGLANIS 12-60003**

**MORELLI 12-60031**

BY THE COURT:

S/ David R. Strawbridge
DAVID R. STRAWBRIDGE
United States Magistrate Judge

---

[1] This order may be found at: www.paed.uscourts.gov/documents/MDL/MDL875/Case%20Management%20&%20Scheduling%20Order%20CVLO-7.pdf