## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (No. VI)     :          Civil Action No:
                                  :          MDL 875
This Document Relates to All CVLO Cases :
in Case Groups CVLO-1&2 Through   :
CVLO-7                            :

FILED

MAR – 6 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

And now, this 6th day of March, 2012, after the March 5, 2012 extended conference regarding this issue, and upon consideration of the positions of the parties as discussed at the conference, it is hereby **ORDERED** that:

1.     Counsel shall submit to chambers by **March 15, 2011**, a collaboratively drafted amended scheduling order(s) and recommended case lists for all CVLO cases which will, *inter alia*:

    a.     create new CVLO case groups which are staggered approximately 21 days apart;

    b.     identify an appropriate number of cases for relatively quick resolution which the parties agree: (1) will be fully briefed for summary judgment earlier than the cases in the main CVLO case groups; and (2) will involve discrete legal issue that are likely to also be found in cases in the main CVLO case groups;

    c.     have dispositive motions in the final main CVLO case group ready for disposition by the end of January 2013;

    d.     create a deadline of seven to ten days after a defendant files a motion for summary judgment for plaintiffs' counsel to state whether they are going to oppose the motion;

    e.     reduce the number of cases to be involved in the Daubert hearing concerning Drs. Schonfeld, Anderson, and Sadek to 50 cases, with defense counsel selecting 30 cases and plaintiffs' counsel selecting 20 cases; and

    f.     move the Daubert hearing to September 2012.

It is hereby further **ORDERED** that:

2.     All scheduling deadlines other than those for dispositive motions, including summary judgment motions and AO12 motions to dismiss (as well as any currently scheduled hearings on dispositive motions) are stayed until the new scheduling orders have been entered.

BY THE COURT:

_David R. Strawbridge_ USMJ

DAVID R. STRAWBRIDGE
United States Magistrate Judge

CVLO-1&2

| | | |
|---|---|---|
| Allen | Gary | 10-67536 |
| Almeda | Trini | 08-91698 |
| Arseneault | Clovis | 10-67621 |
| Bault | Charles | 08-91663 |
| Beeney | Donald | 08-91728 |
| Bennett | Bob | 08-91585 |
| Bey | George | 08-89979 |
| Beyer | Harold | 08-91894 |
| Black | John | 10-68110 |
| Bodine | Richard | 08-92055 |
| Brant | Harold | 10-67723 |
| Bryan | William | 08-89866 |
| Buchanan | Howard | 08-92038 |
| Bugg | William | 08-91729 |
| Carlson | Robert | 08-89945 |
| Carlson | Neil | 10-67533 |
| Carmichael | James | 10-67545 |
| Carnegie | John | 08-89958 |
| Centers | Albert | 08-90268 |
| Cummings | Ronald | 10-68902 |
| D'Amico | Carmen | 10-67534 |
| Daniels | Jimmie | 08-92259 |
| Deters | Cletus | 10-64585 |
| Dodd | Carl | 08-91578 |
| Dover | Jackie | 10-68127 |
| Ferrell | Paul | 08-89885 |
| Frampton | Kenneth | 08-92160 |
| Frankenberger | Howard | 09-61717 |
| Gaines | James | 08-92305 |
| Giuliano | William | 09-64609 |
| Granger | Elmer | 09-60953 |
| Graves | William | 08-92120 |
| Grier | John | 08-91687 |
| Harris | Robert | 08-91589 |
| Hatfield | Bobby | 08-92147 |
| Henney | Jean | 09-64629 |
| Hollins | Willie | 08-90201 |
| Hutchinson | Jack | 08-92157 |
| Irons | Gary | 10-68130 |
| Jackson | Robert | 10-67541 |
| Johnson | Richard | 08-92122 |
| Kelley | Howard | 10-67555 |

| | | |
|---|---|---|
| Kruse | Patrick | 08-91867 |
| Malone | Clifford | 10-68124 |
| Maresca | Joseph | 08-90328 |
| Martin | David | 10-61109 |
| Maulding | Duane | 08-92113 |
| Mccullum | Roosevelt | 08-89883 |
| Menozzi | Eugene | 08-89865 |
| Moffett | George | 08-89973 |
| Nichols | Gerald | 10-68097 |
| Norberg | Earl | 08-90264 |
| O'Keefe | Robert | 08-92210 |
| Plue | Richard | 10-68073 |
| Prather | James | 08-89745 |
| Pray | Frankie | 08-91884 |
| Richardson | Eleanore | 10-67553 |
| Riggs | Irving | 08-91762 |
| Ruesken | Louis | 09-61820 |
| Ryan | Michael | 08-90172 |
| Ryan | Michael | 11-66747 |
| Sams | Phillip | 08-88575 |
| Schurtz | Michael | 08-91742 |
| Smith | Ronald | 08-90287 |
| Smith | Orville | 10-68104 |
| Smith | Russell | 10-68123 |
| Spangler | Herbert | 08-91882 |
| Stariha | William | 09-64725 |
| Surges | J A | 08-90189 |
| Taylor | James | 08-91881 |
| Thomas | Glendel | 08-92206 |
| Tovey | Robert | 08-92133 |
| Unzicker | Leonard | 11-66288 |
| Walker | Clarence | 08-92136 |
| Ware | William | 08-92159 |
| Weber | Daniel | 08-92132 |
| Wiker | Philip | 08-92207 |
| Wilson | Merle | 08-91879 |
| Wilson | Irvin | 08-90339 |
| Winslow | Terry | 08-92114 |

CVLO-3

| Ahnert | Daniel | 10-67443 |
|---|---|---|
| Andris | Arthur | 10-67885 |
| Arendt | Anthony | 09-91900 |
| Baumann | Eugene | 11-63517 |
| Bevers | David | 09-61321 |
| Bin der | Robert | 10-67817 |
| Burkee | James | 10-83247 |
| Cad otte | Joseph | 10-64680 |
| Childs | Earl | 08-91089 |
| Collins | Arthur | 10-64567 |
| Cornell | Daniel | 09-60552 |
| Deis | John | 08-88675 |
| Dowell | Charles | 08-91356 |
| Doyle | James | 08-89845 |
| Ferrara | Michael | 11-63906 |
| Haffner | Robert | 08-89863 |
| Hakes | Donald | 10-68063 |
| Hansen | Warren | 10-62038 |
| Hass | Laverne | 09-60267 |
| Hass | Laverne | 09-60298 |
| Hay | Robert | 09-64612 |
| Held | Donald | 10-67814 |
| Jakubowski | Florian | 10-67831 |
| Jenlins | Herold | 08-92237 |
| Joyner | Donald | 09-64626 |
| Larweth | Dennis | 08-89914 |
| Lawson | Carl | 10-69031 |
| Lorentz | Eugene | 10-61348 |
| Louis | Richard | 10-64606 |
| Meagher | John | 09-60445 |
| Michels | Ronald | 10-62047 |
| Miller | Hama | 09-61040 |
| Montgomery | Date | 09-64739 |
| Morris | Michael | 09-61495 |
| Morris | Roy | 10-62062 |
| Obermeier | Sylvester | 09-61019 |
| O'Mullane | Jay | 08-88676 |
| Ostrand | Russell | 11-63493 |
| Parsons | Hazy | 10-64587 |
| Percy | Warren | 10-68053 |
| Pertzborn | James | 10-61352 |
| Rickey | Marvin | 10-61345 |

| | | |
|---|---|---|
| Schmoll | Cyril | 09-61026 |
| Short | Robert | 10-67528 |
| Stephens | John | 09-64733 |
| Subert | Richard | 11-63484 |
| Suoja | Oswald | 09-60256 |
| Sutherlin | James | 10-64565 |
| Usterbowski | Kenneth | 09-60266 |
| Vander Lugt | Arthur | 10-67660 |
| Vradenburg | Stanley | 09-62185 |
| Watenberg | Claude | 09-61499 |
| Werner | Clement | 10-61908 |
| Willocks | Tammy | 09-64701 |
| Wilson | Harold | 08-90732 |
| Woods | Dale | 11-66277 |
| Woods | James | 09-62583 |
| Wright | Barry | 08-90345 |
| Zdency | George | 08-90262 |
| Zerbel | Roger | 11-63506 |

CVLO-4

| | | |
|---|---|---|
| Alfter | Harold | 09-60501 |
| Ammerman | Calvin | 08-88417 |
| Austin | Richard | 08-89340 |
| Baker | Joseph | 08-91189 |
| Barker | Edward | 09-60285 |
| Beckwith | Robert | 08-91037 |
| Behr | Clifford | 11-64234 |
| Belleville | Charles | 08-90955 |
| Bennington | Martin | 10-61115 |
| Bieganski | Ronald | 09-60498 |
| Black | Robert | 09-64627 |
| Blank | William | 10-67850 |
| Bodak | John | 10-67720 |
| Boinski | Jacob | 10-67877 |
| Bolton | John | 09-60186 |
| Brazzoni | Alfred | 11-63501 |
| Bresnahan | Thomas | 09-60331 |
| Brix | Gerald | 09-65679 |
| Bunch | Charles | 09-61815 |
| Burzynski | Milo | 11-62393 |
| Camp | Thomas | 09-64600 |
| Canner | Edward | 09-61700 |
| Carver | Jack | 08-90285 |

| | | |
|---|---|---|
| Center | Clayton | 08-89864 |
| Centner | Jerome | 09-60395 |
| Collins | B F | 08-90935 |
| Conklin | Robert | 08-90724 |
| Cook | Joseph | 08-89446 |
| Courneya | Martin | 09-92434 |
| Crumwell | Richard | 09-61744 |
| Cruse | Jack | 10-68962 |
| Deneen | Joseph | 09-60164 |
| Dittamore | William | 10-64583 |
| Duchene | Arthur | 09-64587 |
| Duffey | Paul | 11-63495 |
| Dunlap | Willard | 10-64588 |
| Earl | Darnell | 08-91055 |
| Embly | Robert | 10-64584 |
| Esser | Charles | 09-60287 |
| Everard | James | 09-61353 |
| Fata | Frank | 08-90058 |
| Fieck | Emil | 08-90162 |
| Floryance | Thomas | 09-61411 |
| Frisch | Louis | 09-61354 |
| Frost | Franklin | 08-91370 |
| Fry | George | 08-89448 |
| Fulk | Ralph | 09-64678 |
| Gambill | Joe | 08-91231 |
| Gebhardt | George | 09-93716 |
| Gilkey | Haydon | 08-91088 |
| Golenia | Edward | 10-67721 |
| Gosz | Clarence | 10-67808 |
| Griep | Earl | 10-61900 |
| Gunn | Charles | 08-91371 |
| Gunnlaugsson | Clifford | 09-60456 |
| Hamilton | Roy | 09-61715 |
| Harnisch | Henry | 09-92208 |
| Hasenberg | Charles | 09-60356 |
| Hayes | Harry | 09-61718 |
| Heggie | JW | 08-89372 |
| Heidersheid | George | 09-60536 |
| Heinrich | John | 09-60513 |
| Hernandez | Alfred | 08-91182 |
| Herr | Richard | 11-60064 |
| Heyen | Glen | 10-68984 |
| Holme | Darrell | 08-91090 |
| Horwath | Clarence | 08-90128 |

| | | |
|---|---|---|
| Hruska | Paul | 09-60482 |
| Iverson | Richard | 09-60154 |
| Jackson | William | 08-89333 |
| Jackson | Floyd | 08-90263 |
| Jackson | Lawrence | 08-90934 |
| Jeske | Kenneth | 09-60547 |
| Johnson | Harry | 09-61599 |
| Johnson | James | 09-91456 |
| Johnson | Francis | 11-66278 |
| Jones | Fred | 08-89854 |
| Jones | Asa | 08-90132 |
| Jones | Duane | 09-60440 |
| Jones | Joe | 09-92262 |
| Junk | Bonnie | 09-60550 |
| Kayser | Allan | 09-60273 |
| Keller | James | 09-64594 |
| Kemper | Jack | 08-89498 |
| Kiefer | Ardell | 09-61840 |
| King | Prince | 10-68890 |
| Kinsey | Cecil | 09-61729 |
| Klobucar | Edward | 08-90290 |
| Komorosky | Clarence | 09-60455 |
| Kraus | Robert | 10-61338 |
| Krause | Clayton | 09-60406 |
| Laur | Joseph | 11-63907 |
| Lerma | Alfonso | 08-91410 |
| Llewellyn | Reggie | 08-91074 |
| Love | Howard | 10-80835 |
| Lucas | TJ | 10-67426 |
| Lundahl | Robert | 09-60444 |
| Lundgren | Jim | 09-61032 |
| Lyden | Charles | 08-89435 |
| Mann | Clyde | 09-61844 |
| McFarland | Charles | 08-89381 |
| McKinnie | Ned | 08-91008 |
| Meinecke | Robert | 09-60326 |
| Miller | Wallace | 08-89901 |
| Miller | Melvin | 08-91398 |
| Miller | Victor | 09-60519 |
| Morris | Richard | 08-88719 |
| Mosley | John | 08-91178 |
| Moss | Harry | 11-64233 |
| Muehlberger | Max | 11-63518 |
| Muraco | James | 10-62068 |

| Murphy | William | 08-90927 |
| Myres | Paul | 10-67730 |
| Nemeth | Paul | 08-90722 |
| Nuutinen | Charles | 09-61333 |
| Parker | Stanley | 08-91054 |
| Parker | Marion | 10-64582 |
| Patitsas | James | 08-91146 |
| Patrick | Homer | 10-68864 |
| Patton | Donald | 10-64572 |
| Pfleging | Robert | 08-89443 |
| Phillips | John | 08-90122 |
| Pietrzycki | Stanley | 10-61349 |
| Piniak | Joseph | 10-67636 |
| Ploch | Daniel | 09-61435 |
| Pontzloff | Roy | 10-67882 |
| Pozywio | Raymond | 08-91149 |
| Price | Will | 08-89884 |
| Pruitt | Marion | 08-88624 |
| Putt | Charles | 08-89447 |
| Ratliff | Charles | 10-67135 |
| Reed | Hugh | 08-88250 |
| Rice | Robert | 10-68983 |
| Richardson | Irelia | 08-91091 |
| Riddle | Samuel | 10-68953 |
| Riley | Herman | 09-64702 |
| Riley | James | 10-68956 |
| Ringo | Robert | 09-91454 |
| Risse | Loren | 10-67857 |
| Rorer | Theodore | 08-91155 |
| Russell | James | 09-64693 |
| Ryan | Charles | 08-88671 |
| Saenz | Moises | 08-91434 |
| Sagat | Frank | 10-67596 |
| Salaz | Michael | 08-91329 |
| Salger | Leonard | 08-89291 |
| Schmidt | Donald | 08-90063 |
| Schroeder | Cletus | 09-61430 |
| Sebree | Pietra | 09-60537 |
| Sharp | Cliff | 08-90465 |
| Sienko | Ronald | 09-60481 |
| Sinsabaugh | Loyd | 08-91424 |
| Smith | John | 08-88581 |
| Sobierajski | Thomas | 10-68054 |
| Sparks | Ralph | 10-68952 |

| | | |
|---|---|---|
| Strerath | William | 11-63496 |
| Suhaysik | Raymond | 10-61865 |
| Swan | Richard | 09-61358 |
| Sweet | JD | 09-90821 |
| Tackett | Kermit | 10-69011 |
| Takavitz | William | 09-60487 |
| Temple | William | 08-90275 |
| Tischer | Daniel | 11-63503 |
| Toon | Lloyd | 08-88707 |
| Trivett | Lewis | 09-90822 |
| Upchurch | William | 10-68874 |
| Van Stippen | Joseph | 11-63483 |
| Vitaniemi | Albert | 10-68991 |
| Walker | Robert | 11-67669 |
| Washington | Gardline | 08-90218 |
| Weber | Ronald | 08-91052 |
| Wenzel | Robert | 09-64694 |
| Willey | Russel | 08-90166 |
| Williams | Ernest | 08-91062 |
| Winters | Eddie | 08-91238 |
| Wood | Lawrence | 09-60535 |
| Woodruff | Homer | 10-64679 |
| Young | Charles | 09-64642 |
| Zellner | Clifford | 11-66746 |

CVLO-5

| | | |
|---|---|---|
| Akey | Richard | 09-60286 |
| Anderson | Daniel | 11-63499 |
| Arpp | Robert | 08-89851 |
| Austin | Raymond | 09-60280 |
| Bartlett | Robert | 10-61467 |
| Bartsch | Norman | 10-61880 |
| Baylor | Woodrow | 10-62057 |
| Berger | Thomas | 10-67758 |
| Blackwell | Clifford | 08-91234 |
| Boettcher | Henry | 09-60318 |
| Bond | Joseph | 10-61417 |
| Bressers | Byron | 09-60544 |
| Brouhard | Jackie | 10-69048 |
| Bucknell | Bertha | 11-63908 |
| Budwick | Charles | 10-67853 |
| Burns | John | 09-60476 |

| Cammers | Earl | 09-60284 |
|---|---|---|
| Caputa | Carmello | 09-61441 |
| Cathelyn | Jackie | 10-68076 |
| Caturia | Frederick | 09-60271 |
| Christensen | David | 10-62034 |
| Coghlan | Donald | 10-61461 |
| Colombo | Thomas | 08-89431 |
| Conroy | Thomas | 10-83241 |
| Conway | Harold | 10-67785 |
| Crouch | Harold | 10-64574 |
| Dewall | Lawrence | 09-61442 |
| Dix | Raymond | 08-91372 |
| Dreher | Louis | 09-64754 |
| Dunne | Michael | 09-60329 |
| Edmonds | Robert | 09-61788 |
| Elkins | Keith | 09-64681 |
| Enerson | Donald | 09-61004 |
| Engel | Russel | 10-67835 |
| Enos | Carroll | 10-61422 |
| Erickson | Richard | 10-67813 |
| Ervin | Thomas | 09-61313 |
| Evers | Orville | 10-67806 |
| Fisher | Stanley | 08-91197 |
| Flaatten | Ronald | 09-61006 |
| Gabrus | Donald | 09-61357 |
| Gall | Gerald | 09-61329 |
| Galles | Paul | 11-63508 |
| Gnewikow | Donald | 11-63502 |
| Gottsacker | Randall | 10-61885 |
| Gresham | Robert | 08-91085 |
| Haase | Harold | 10-61886 |
| Hamann | Robert | 09-60330 |
| Hamer | Robert | 10-67726 |
| Hamilton | Lloyd | 10-68925 |
| Hannold | Carl | 08-90108 |
| Hardy | William | 10-64538 |
| Harris | James | 10-68885 |
| Hay | Donald | 10-61873 |
| Hickmann | Eugene | 10-67805 |
| Hicks | William | 08-91888 |
| Hoffman | Richard | 09-60510 |
| Holcomb | Edward | 09-61314 |
| Honold | Orville | 10-67799 |
| Horton | Julius | 09-61469 |

| | | |
|---|---|---|
| Howard | Percy | 08-91015 |
| Hunter | William | 08-88617 |
| Janick | Richard | 10-61426 |
| Jasin | Michael | 09-60370 |
| Jelinski | Jerome | 09-61012 |
| Johannsen | John | 09-60337 |
| Jones | James | 09-61882 |
| Jordan | Doyle | 10-67786 |
| Junk | William | 10-67841 |
| Kavanaugh | Raymond | 09-61323 |
| Kelley | Lee | 10-62041 |
| Kelly | Daryl | 09-91463 |
| Ketchum | Richard | 09-61481 |
| Kiepert | William | 09-61544 |
| Kirk | Delbert | 08-89494 |
| Klosinski | Ray | 10-61334 |
| Koehler | John | 09-61482 |
| Kojis | Andrew | 09-61473 |
| Kozlowski | Leo | 10-61855 |
| Krause | Clarence | 10-62007 |
| Krejcarek | Melvin | 10-67789 |
| Krueger | Lee | 09-61402 |
| Kruse | James | 10-65919 |
| Kuchler | Frank | 09-61449 |
| Kuchler | William | 09-61345 |
| Kumferman | Henry | 10-61429 |
| La Presto | Richard | 11-63498 |
| Le Pine | Francis | 10-67810 |
| Leggett | John | 10-67846 |
| Leslie | Harry | 10-65851 |
| Link | Thomas | 09-60338 |
| Loeffelad | Walter | 09-60231 |
| Loftus | Thomas | 09-64673 |
| Luedtke | Martin | 10-62044 |
| Maciejewski | Raphael | 10-61497 |
| Madden | Joseph | 10-67847 |
| Maiden | Harlan | 09-60274 |
| Marlinghaus | Larry | 08-89486 |
| McCurdy | James | 09-64682 |
| McInnis | Paul | 10-69036 |
| Metzger | Jack | 09-61322 |
| Miller | Frank | 09-60520 |
| Monday | Anthony | 10-67856 |
| Montgomery | Robert | 09-64703 |

| | | |
|---|---|---|
| Moon | Ronald | 09-61541 |
| Murphy | Edward | 09-61461 |
| Nehls | Donald | 10-67852 |
| Nelson | Marlin | 10-61956 |
| Neumer | Robert | 10-67793 |
| Newby | Daniel | 09-61018 |
| Nicholson | Ashley | 10-67871 |
| O'Brien | Harold | 08-90933 |
| Oliphant | John | 11-67767 |
| Orr | William | 08-89326 |
| Ostrowski | Norman | 09-61423 |
| Ouradnik | John | 10-61890 |
| Pavicevich | Milka | 08-91147 |
| Peterson | Wayne | 10-64553 |
| Plaster | Millard | 10-67781 |
| Plier | Duane | 09-60365 |
| Przybyla | John | 10-62050 |
| Radish | Richard | 09-60259 |
| Rathsack | Michael | 09-61347 |
| Rebarchik | Michael | 09-61348 |
| Regner | James | 10-67800 |
| Reich | Ronald | 09-60523 |
| Reichert | Norman | 09-61487 |
| Rendmeister | Morley | 09-61488 |
| Reno | Charles | 09-60293 |
| Reno | Charles | 11-67724 |
| Repischak | Joseph | 09-61335 |
| Rice | Gerald | 09-61697 |
| Rice | Gilbert | 10-61435 |
| Rinke | Hilary | 09-60364 |
| Roggeman | Kenneth | 09-61336 |
| Ryan | Arthur | 10-67864 |
| Scheffel | Edmund | 09-60545 |
| Scherz | Terrance | 10-61863 |
| Schibline | Michael | 10-67756 |
| Schluga | Robert | 09-61429 |
| Schneider | Jerome | 09-61531 |
| Schneider | Walter | 10-67851 |
| Schriver | Robert | 11-63571 |
| Schuldenberg | Robert | 10-62053 |
| Schultz | William | 10-67862 |
| Schulze | Ronald | 09-60516 |
| Schuppert | Howard | 09-61431 |
| Searing | Ralph | 10-69037 |

| Sebastian | Sigfried | 10-64686 |
|---|---|---|
| Seim | Ole | 09-60294 |
| Serstad | Richard | 09-60165 |
| Shannon | Bonnie | 11-64235 |
| Skrobis | Richard | 10-67780 |
| Smaglick | Leroy | 09-60347 |
| Smothers | Gilbert | 08-89356 |
| Sodini | Donald | 11-64239 |
| Sorenson | Robert | 09-61436 |
| Specht | Walter | 10-67838 |
| Sperry | David | 09-61819 |
| Spiegelberg | Lynn | 11-63512 |
| Stefanski | Gerald | 10-61493 |
| Stefonich | Jim | 10-67844 |
| Stillman | Lloyd | 09-61318 |
| Strancke | Charles | 10-61914 |
| Streber | Thomas | 11-64241 |
| Strek | Ronald | 09-61022 |
| Streveler | Harold | 09-61030 |
| Strey | Johnold | 09-60493 |
| Strong | Clarence | 09-60335 |
| Strong | Stephen | 10-67790 |
| Susen | Daniel | 10-67804 |
| Swift | William | 09-60466 |
| Teays | Richard | 10-61866 |
| Troudt | Robert | 09-61491 |
| Valetic | Edwin | 09-60327 |
| Vann | Bernard | 10-62023 |
| Vinke | Charles | 09-61024 |
| Vohs | Gary | 09-61594 |
| Voigt | Chester | 10-67792 |
| Voiles | Carroll | 08-88686 |
| Wagner | Edward | 10-67704 |
| Wahner | James | 10-62028 |
| Walkner | Donald | 10-61841 |
| Wallace | Walter | 08-91263 |
| Watkins | Jerry | 09-61711 |
| Weaver | Henry | 08-91304 |
| Weeks | John | 08-91184 |
| Weiss | Richard | 11-63491 |
| Weyers | Ronald | 09-60377 |
| White | Paul | 09-61033 |
| Wilbur | Anthony | 10-68913 |
| Winter | Oray | 10-61894 |

| Winters | Douglas | 09-61039 |
|---------|---------|----------|
| Wirkuty | Alvin | 09-60296 |
| Woida | Robert | 10-67766 |
| Woldt | Lowell | 09-60461 |
| Yanke | Wayne | 10-61879 |
| Yantorni | Benjamin | 10-78935 |
| Zimmer | Lawrence | 10-61896 |
| Zunker | Emil | 10-67894 |

CVLO-6

| Allen | Louis | 08-90142 |
|-------|-------|----------|
| Amos | Excell | 08-89998 |
| Anderson | Jesse | 08-90175 |
| Barnes | Curtis | 10-67648 |
| Bartlett | Thomas | 08-89791 |
| Beard | George | 10-64569 |
| Beddow | Merle | 08-92239 |
| Beers | Donald | 10-64581 |
| Bergner | Charles | 08-90956 |
| Bergstrom | Lester | 08-89980 |
| Block | John | 08-91649 |
| Bowens | Willis | 09-61837 |
| Boyer | Lee | 08-88596 |
| Boze | Arthur | 08-89481 |
| Brady | George | 08-90078 |
| Bratz | Ronald | 10-67807 |
| Breternitz | Richard | 08-90127 |
| Brewer | David | 08-89954 |
| Britton | Phillip | 10-68942 |
| Brown | High | 10-67650 |
| Caldwell | David | 09-61736 |
| Clarke | Donald | 09-61342 |
| Cochran | William | 10-68889 |
| Coldiron | Asa | 08-91313 |
| Cook | Jerry | 08-89846 |
| Cooper | Larry | 08-90330 |
| Curlee | James | 08-89452 |
| Dabrowski | John | 08-90089 |
| Dalton | Jack | 08-91944 |
| Deangelis | Salvatore | 08-89953 |
| Dice | James | 08-88411 |
| Dixon | Alfred | 08-91255 |

| Doyle | Leo | 08-90155 |
|---|---|---|
| Dubrovich | John | 10-67557 |
| Duerst | Milton | 09-61317 |
| Dunham | Theodore | 10-67684 |
| Eagle | Kenneth | 10-67559 |
| Edgren | Albert | 09-61343 |
| Eller | Albert | 10-68941 |
| Ervin | RV | 08-92112 |
| Farvour | Guy | 09-61444 |
| Fisher | John | 09-64683 |
| Fisher | Pascal | 08-92173 |
| Flanagan | Willie | 10-67667 |
| Fremstad | Oliver | 09-60261 |
| Gard | Leslie | 08-91736 |
| Givens | Johnny | 10-67705 |
| Goetsch | Randall | 08-91673 |
| Gonzalez | John | 08-91053 |
| Graham | Marion | 08-90139 |
| Green | Robert | 08-92311 |
| Grothe | Jack | 08-89493 |
| Hammonds | Alvie | 09-61702 |
| Hanes | William | 10-69080 |
| Hanson | Dean | 09-61011 |
| Harrison | Kenneth | 09-61792 |
| Hartje | William | 08-89358 |
| Harvey | Murl | 08-89457 |
| Haskins | Harold | 08-89819 |
| Hathaway | Allen | 08-90169 |
| Hendricks | Homer | 09-64708 |
| Hester | Billie | 08-90072 |
| Holloway | Fred | 09-61721 |
| Holly | Arthur | 08-91028 |
| Holmes | Julius | 08-90064 |
| Hoopengarner | Harold | 08-88503 |
| Hope | Sandy | 08-90182 |
| Horton | Ernest | 10-67872 |
| Hyland | Terence | 09-61881 |
| Jennings | Larry | 09-64723 |
| Jeske | Edwin | 10-62070 |
| Johnson | Jeffery | 10-67625 |
| Kennedy | Roy | 08-89492 |
| Kibler | Paul | 08-90337 |
| King | Emmett | 08-89564 |
| King | John | 10-67665 |

| | | |
|---|---|---|
| Knight | Mary | 08-90138 |
| Koch | Leo | 08-90011 |
| Krestan | Thomas | 08-90062 |
| Landes | Harold | 08-88402 |
| Lawless | Anthony | 08-92161 |
| Lech | Roger | 10-62042 |
| Lepp | Herman | 09-61346 |
| Loddeke | William | 08-89487 |
| Maier | Richard | 09-62180 |
| Malone | Robert | 08-91350 |
| Massey | Leonard | 09-61356 |
| Matlock | Benjamin | 08-90099 |
| McCarthy | Daniel | 08-89991 |
| McClure | Wendell | 08-89454 |
| McConchie | Dean | 08-89453 |
| McCormick | John | 10-65844 |
| McCracken | Larry | 09-64731 |
| McKay | Donald | 08-89988 |
| McWhirter | George | 08-89304 |
| Meischner | Donald | 09-60645 |
| Melton | Delmar | 08-91435 |
| Millard | Eugene | 10-68119 |
| Miller | Albert | 08-90074 |
| Miller | Kenneth | 08-91750 |
| Mitchell | Arthur | 10-67654 |
| Moore | James | 08-90069 |
| Morse | James | 08-89437 |
| Myers | Walter | 10-69079 |
| Nemtuda | Peter | 08-91067 |
| Nichols | Leonard | 10-68105 |
| Noel | Billy | 10-69046 |
| Orlando | James | 08-90071 |
| Parkhouse | Arthur | 08-90343 |
| Peterson | Sylvester | 08-90104 |
| Petroff | Carl | 10-67712 |
| Porter | Virgil | 09-64728 |
| Powell | Dale | 08-89293 |
| Priem | Donald | 10-62059 |
| Pullins | John | 08-91428 |
| Quist | Richard | 08-88398 |
| Redman | Alan | 09-64750 |
| Reed | Francis | 09-64742 |
| Renshaw | William | 10-68933 |
| Rice | Vernon | 08-89360 |

| | | |
|---|---|---|
| Richards | Melvin | 09-62181 |
| Roberts | Bernard | 10-67610 |
| Rome | Douglas | 08-89825 |
| Russell | Willie | 08-91095 |
| Sands | Charles | 09-62183 |
| Scanlon | Daniel | 08-89811 |
| Shackelford | Gerald | 10-69018 |
| Shackelford | Ramon | 08-88486 |
| Shannon | Peter | 08-90021 |
| Short | Johnnie | 08-92164 |
| Simunich | Peter | 08-90115 |
| Skinner | Jonathon | 08-91883 |
| Smith | Albert | 10-67651 |
| Smith | Walter | 08-91409 |
| Soulney | Donald | 08-89476 |
| Spurlock | Lloyd | 10-67697 |
| Studer | Bernard | 09-60971 |
| Stump | Sam | 08-89351 |
| Suver | James | 08-89352 |
| Tesmond | Robert | 08-90030 |
| Tincher | George | 08-89456 |
| Turner | Joseph | 08-91417 |
| Turner | Larry | 08-89903 |
| Umnus | Wayne | 10-61459 |
| Valdez | Martin | 09-92261 |
| Van Dolah | Vernon | 08-91880 |
| Van Drunen | Robert | 09-61701 |
| Vangeloff | Samuel | 09-61808 |
| Watkins | Lee | 08-90940 |
| Wedow | Burton | 09-60269 |
| Williams | David | 08-91068 |
| Williams | Roosevelt | 10-67691 |
| Wilson | Bill | 09-61780 |
| Wojciechowski | Walter | 08-90167 |
| Woodmaster | Charles | 08-91087 |
| Woods | Gerald | 10-61496 |
| Wright | Marion | 08-91433 |
| Zielinski | Edward | 08-90007 |

CVLO-7

| | | |
|---|---|---|
| Anderson | Gerald | 08-89997 |
| Ayers | Mark | 08-91953 |
| Barden | Leroy | 09-64610 |
| Beck | Ronald | 09-64685 |
| Bednar | Thomas | 09-61497 |
| Benson | Harold | 10-64563 |
| Bianchi | Doris | 12-60035 |
| Brattail | John | 08-90088 |
| Brigham | George | 08-89984 |
| Brooks | Ray | 08-92194 |
| Burton | Alice | 08-92139 |
| Campbell | Elmer | 10-61341 |
| Claypool | Judith | 08-89322 |
| Conner | George | 09-61817 |
| Cooper | Nancy | 08-88318 |
| D'Ottavio | Nell | 10-67554 |
| Daily | John | 10-69003 |
| Daugherty | Clarence | 09-64751 |
| Deloach | Thomas | 08-90144 |
| Dougherty | Daniel | 08-89847 |
| Duckwall | Robert | 08-90055 |
| Edwards | Terry | 08-92137 |
| Eulgen | Louis | 12-60019 |
| Fadler | Donald | 08-90220 |
| Fisher | Charles | 09-61807 |
| Fourte | Morris | 08-90083 |
| Gaddy | Clifford | 08-90081 |
| Gaudern | Harold | 08-89477 |
| Green | Larry | 08-89325 |
| Grimes | William | 08-91780 |
| Hammonds | Barry | 08-91347 |
| Hoaglan | Ronald | 09-61355 |
| Holzinger | Dieter | 08-90040 |
| Howard | Rodney | 09-61694 |
| Jakes | MC | 10-67681 |
| Jurglanis | Marie | 12-60003 |
| Kalis | Robert | 08-92175 |
| Koch | Hans | 08-91082 |
| Koepl | Michael | 08-91084 |
| Krueger | Glenn | 12-60020 |
| Lehr | Christ | 08-89475 |
| Letner | Willis | 08-88535 |

| | | |
|---|---|---|
| Maio | Tony | 09-60465 |
| McClain | Wallace | 08-89814 |
| McGlade | Arthur | 08-90152 |
| McKibben | Lloyd | 08-90126 |
| Mea | William | 08-89983 |
| Morelli | Richard | 12-60031 |
| Muffler | William | 08-89976 |
| Mutschler | Richard | 10-61339 |
| Nehlsen | Michael | 08-91893 |
| Newell | Kenneth | 10-68145 |
| Passarelli | William | 08-91235 |
| Payne | Lynn | 08-92307 |
| Pfile | James | 10-67815 |
| Pulido | Alfonso | 10-67680 |
| Purcell | Raymond | 10-67689 |
| Reimann | Lester | 08-90159 |
| Reynolds | James | 08-91045 |
| Rich | Keith | 08-90925 |
| Richardson | David | 08-91027 |
| Romanetto | Gary | 08-90048 |
| Salcedo | Frank | 10-67645 |
| Sasveld | John | 08-91307 |
| Shotts | Edward | 08-89502 |
| Scrogham | Donald | 08-90002 |
| Shambaugh | Burton | 08-90331 |
| Simmons | Joseph | 09-64687 |
| Sims | Willie | 08-90226 |
| Sjaaheim | Kenneth | 08-91017 |
| Skinner | Morrison | 08-89480 |
| Smith | James | 10-67674 |
| Smock | Fred | 09-64706 |
| Spear | Louis | 08-90110 |
| Spychella | Shirley | 12-60004 |
| Stirsman | Elmon | 10-69017 |
| Sullivan | Patrick | 09-61811 |
| Trodden | Robert | 08-90119 |
| Waldrip | Melville | 08-88491 |
| Watson | Harold | 12-60018 |
| Williams | Eddie | 08-90000 |

**MAILED:**

| | | | |
|---|---|---|---|
| ALAN BECKER | DIEDRE DUNN | JOSEPH WITEK | RICHARD BOLTON |
| ALBERT BOWER | DONALD BROAD | JOSHUA MURPHY | RICHARD CHAPIN |
| AMBER ACHILLES | DONALD STUDEBAKER | JUAN RAMIREZ | RICHARD EWING |
| ANDREA COHEN | DOUGLAS KNOTT | K. CAREY | RICHARD HAAS |
| ANDREW BOLING | EDWARD BENCHIK | KARL KOONS | RICHARD HUSER |
| ANDREW CROSS | EDWARD HARNEY | KATHERINE GRAF | RICHARD LONG |
| ANDREW KOLB | EDWARD RUBERRY | KATHLEEN MURPHY | RICHARD STEINKEN |
| ANDREW LEVINE | ELIZABETH HARVEY | KEITH HAYS | ROBERT HALEY |
| ANDREW OETTINGER | ELIZABETH WOLF | KEITH KINNEY | ROBERT KOPKA |
| ANDREW STUART | EUGENE MILLER | KELLY CHERF | ROBERT LANCASTER |
| ANDREW WOLF | FRANCIS MORRISSEY | KELLY MCCLOSKEY | ROBERT SHUFTAN |
| ANDREW YODER | G. HEATH | KENNETH GORENBERG | ROBERT SHULTZ |
| ANNE STINNEFORD | GARY SMITH | KEVIN DUCKWORTH | ROBERT VARNEY |
| ANTHONY BARONE | GEORGE SENTENEY | KEVIN LONG | ROBERT WILENS |
| ARTHUR RADKE | GEORGE SOULE | KEVIN REID | ROBERT WRIGHT |
| BARRY ROBIN | GINO ALIA | KRISTIN ACHTERHOF | ROISIN BELL |
| BEAU SEFTON | GREGORY CERULO | KRISTINE KRAFT | RONALD CURTIS |
| BENJAMIN BASSETT | GREGORY FIKE | KURTIS REEG | RONALD LIPINSKI |
| BEVERLY GARNER | GUS SACOPULOS | LAURA O'CONNELL | RONALD WELDY |
| BILLEE WARD | HEIDI OERTLE | LAURE FLANIKEN | ROSEANNE LOFTUS |
| BRADLEY FALKOF | J. FITZGERALD | LEE BAKER | RUSSELL HOOVER |
| BRIAN CAHILL | J. GASS | LEON TODD | SCOTT KYROUAC |
| BRIAN EBENER | JACK BLOCK | LEONARD WAGNER | SEAN MACK |
| BRIAN FIELDS | JACQUELYN CHAMPAGNE | LIMO CHERIAN | STACEY SENECZKO |
| BRIAN PLEGGE | JAMES CULHANE | LINDA GRAFT | STEPHAN ROTH |
| BRIAN TARNOW | JAMES FIEWEGER | LISA WARWICK | STEPHANIE SCHARF |
| BRIAN TREXELL | JAMES HAFELE | LORI YOKOYAMA | STEPHEN COPENHAVER |
| BRUCE KAMPLAIN | JAMES HICKEY | MARK LIABO | STEPHEN KAUFMANN |
| BRUCE MARR | JAMES JACKSON | MARK LIES | STEPHEN KRAVIT |
| C. KOEBELE | JAMES PECKERT | MARK RAKOCZY | STEPHEN MAASSEN |
| CAROL PRYGROSKY | JAMES REIHER | MARK ROSEN | STEVEN CELBA |
| CAROL TATE | JAMES SNYDER | MARK SCHONFELD | STEVEN SANDERS |
| CATHERINE NOVACK | JAMES TOOHEY | MATTHEW LEE | STEVEN SCHNACK |
| CECILIA MCCORMACK | JAMES WESTON | MATTHEW WALKER | SUSAN GUNTY |
| CHARLES ANDERSON | JAMES WHEELER | MAUREEN KELLY | SUSAN HANSEN |
| CHARLES BOHL | JAMES WILLIAMS | MAUREEN MUNRO | SUSAN HUNTER |
| CHARLES DARGO | JAN DODD | MEANITH HUON | SUSAN KUSS |
| CHARLES REITER | JASON BRIA | MELISSA SKILKEN | TANYA BELL |
| CHRISTOPHER DELY | JAY STARRETT | MEREDITH HUDGENS | TARA BECKWITH |
| CHRISTOPHER NICHOLS | JEFFERY MATTHEWS | MICHAEL BISHOP | TERENCE SELBY |
| CHRISTOPHER RAISTRICK | JEFFREY JANIK | MICHAEL CIESLEWICZ | THADDEUS STANKOWSKI |
| CIARA FROST | JEFFREY MCKEAN | MICHAEL CONNELLY | THERESE KELLY |
| CLARKE GILLESPIE | JEFFREY REEL | MICHAEL FLYNN | THOMAS BOSWELL |
| CREED TUCKER | JEFFREY SCHMECKPEPER | MICHAEL HENNIG | THOMAS CRAWFORD |
| D. GLOOR | JEFFREY ZIPES | MICHAEL HUGHES | THOMAS EHRHARDT |
| DANIEL CHEELY | JENNIFER FARDY | MICHAEL JASSAK | THOMAS MEYER |
| DANIEL FARROLL | JENNIFER JOHNSON | MICHAEL KAEDING | THOMAS MIXDORF |
| DANIEL GRAHAM | JENNIFER SEIDLER | MICHAEL KOKAL | THOMAS MURRAY |
| DANIEL OVERBEY | JEROME KRINGS | MICHAEL MCCARTY | THOMAS ORRIS |
| DAVID ANDERSON | JERROD BARENBAUM | MICHAEL MOODY | THOMAS SKALMOSKI |
| DAVID BARTEL | JESSICA BAUMGARTNER | MICHAEL OBERMAN | THOMAS WILSON |
| DAVID COLLINS | JOAN IRICK | MICHAEL O'ROURKE | TIMOTHY BROWN |
| DAVID JONES | JOAN PHILLIPS | MICHAEL TERWILLIGER | TIMOTHY FAGAN |
| DAVID MATTINGLY | JOEL POOLE | MICHELLE MONTGOMERY | TIMOTHY GARDNER |
| DAVID MORRIS | JOHN CHILDERS | MURRAY ABOWITZ | TIMOTHY HARRIS |
| DAVID MUELLER | JOHN DAMES | NEIL SOLOMON | TIMOTHY UEBER |
| DAVID NILLES | JOHN DIXON | NICHOLAS NEIERS | TOM ROTH |
| DAVID ROLF | JOHN EMERY | NICOLE BEHNEN | VANI SINGHAL |
| DAVID SLAVKIN | JOHN FREY | NORA PLATT | VICTOR LAZZARETTI |
| DEAN PANOS | JOHN MCDAVID | PAMELA PAIGE | VICTORIA NILLES |
| DEBORAH SOLMOR | JOHN OSTOJIC | PATRICK MCKENNA | W. WELSH |
| DEIRDRE GALLAGHER | JOHN O'SULLIVAN | PATRICK PHILLIPS | WILLIAM BURNHAM |
| DEMARCUS GORDON | JOHN RUSHING | PAUL HEATON | WILLIAM EHRKE |
| DENIS RISCHARD | JOHN STUCKEY | PETER CARLSON | WILLIAM HASSLER |
| DENNIS DOBBELS | JOMARIE FREDERICKS | PETER HATTON | WILLIAM MCGRATH |
| DENNIS GRABER | JONATHAN INGRISANO | PETER HICKEY | WILLIAM MCVISK |
| DENNIS SULLIVAN | JOSEF HORTER | R. MUTH | WILLIS HUIRAS |
| DEREK SMITH | JOSEPH O'HARA | R. STOMMEL | ZANE LUCAS |
| DEVLIN SCHOOP | JOSEPH SHANNON | RICHARD BAKER | ZENAIDA FALCON |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS POLAND | KATHRYN DOWNEY | RICK SHEA |
| ADAM LAGOCKI | DOUGLAS PROCHNOW | KAYCE GISINGER | ROBERT BUNDA |
| AGTHA RAYNOR | DREW ODUM | KENNETH NUSSBAUMER | ROBERT HARRIS |
| AHNDREA VANDENELZEN | EDWARD CASMERE | KENT PLOTNER | ROBERT LONG |
| ALAN GRIES | EDWARD CRANE | KENT ROGERS | ROBERT MCCOY |
| ALAN ZELKOWITZ | EDWARD KENNEY | KEVIN KNIGHT | ROBERT MEYER |

DS CVLO 1-7 Order 3.6.12

**E-MAILED(con't):**

| | | | |
|---|---|---|---|
| ALBERT PARNELL | EDWARD MACCABE | KEVIN OWENS | ROBERT PISANI |
| ALLEN VAUGHAN | EDWARD MATUSHEK | KHALAF KHALAF | ROBERT RALEIGH |
| AMANDA SUMMERLIN | EDWARD MCCAMBRIDGE | KIMBERLY HILLMAN | ROBERT RILEY |
| AMIEL GROSS | EDWARD STUKES | KIMBERLY SARFF | ROBERT SANDS |
| ANDREW DETHERAGE | EMILY ZAPOTOCNY | KIRK HARTLEY | ROBERT SCHMIEDER |
| ANDREW VOSS | ERIC CARLSON | KNIGHT ANDERSON | ROBERT SCHROEDER |
| ANITA KIDD | EVAN EISNER | KRISTINA LEMANSKI | ROBERT SCOTT |
| ANN WALSH | FORREST WILKES | KURT REITZ | ROBERT SPINELLI |
| ANTHONY GOLDNER | FREDERICK MUELLER | KYLE BJORNLUND | ROBERT SPITKOVSKY |
| BARBARA BUBA | G. BRUCH | KYLE MANSFIELD | ROBERT WILKINSON |
| BARRY SHORT | GARY SMITH | LANCE MUELLER | ROGER HEIDENREICH |
| BASIL DISIPIO | GERMAINE WILLETT | LAUREL JOHNSON | RONALD AUSTIN |
| BRETT LARSEN | GREGORY COCHRAN | LAURIE MCLEROY | RONALD HACK |
| BRUCE CLARK | GREGORY GOLDBERG | LAURIE RANDOLPH | RUSSELL KLINGAMAN |
| BRUCE HUIBREGTSE | GREGORY LYONS | LAWRENCE DRABOT | RUSSELL SCOTT |
| BRUCE LYON | GREGORY MCNAMEE | LESLEY SHERMETA | SANJAY SHIVPURI |
| BRYAN SKELTON | HOWARD MORRIS | LESLIE OFFERGELD | SARAH PAGELS |
| BRYCE BENNETT | J. BRADLEY | LISA CORWIN | SCOTT HENRY |
| C. DOUGLAS | J. MALONEY | LISA DILLMAN | SCOTT SIMPKINS |
| C. EVERT | JAMES BOYERS | M. GRANT | SCOTT THOMSEN |
| C. ZESZUTEK | JAMES CARTER | MAGGIE NIGRO | SEAN FERGUS |
| CARMEN ANDERSON | JAMES DENIS | MAJA EATON | SEAN SHEEHAN |
| CAROL ZUCKERMAN | JAMES JACOBSON | MARGARET BYRNE | SHAWANE LEE |
| CATHERINE CARLSON | JAMES KASPER | MARGARET FOSTER | SHEHZAD HASAN |
| CATHERINE MOHAN | JAMES KENNEDY | MARK BAUMAN | SHEILA BIRNBAUM |
| CATHY MOLCHIN | JAMES MORRISON | MARK DESROCHERS | SHERRY COLEY |
| CHAN MCLEOD | JAMES MURRAY | MARK FELDMANN | STEPHEN BUSCH |
| CHARLES JOLEY | JAMES NIQUET | MARK LOCKETT | STEPHEN MILOTT |
| CHRISTI JONES | JAMES WYNNE | MARK MALLOY | STEPHEN SCHWARTZ |
| CHRISTINA DUBIS | JAMIE YADGAROFF | MARK TIVIN | STEPHEN WILSON |
| CHRISTINA KATT | JANELLE LINDER | MARSHELLE DAWKINS BROADWELL | STEVEN BARBER |
| CHRISTOPHER BANASZAK | JASON KENNEDY | MARTHA REGGI | STEVEN BESHORE |
| CHRISTOPHER CONRAD | JASON MOHR | MARY ANN HATCH | STEVEN CARLSON |
| CHRISTOPHER LARSON | JASON RUBIN | MARY GAY | STEVEN HART |
| CHRISTOPHER LEE | JEFFREY FECHT | MATTHEW FISCHER | STEVEN KIRSCH |
| CHRISTOPHER P.BANASZAK | JEFFREY HEBRANK | MATTHEW JARDINE | STEVEN SCOTT |
| CHRISTOPHER STEPHEN | JEFFREY ROGERS | MATTHEW THIBODEAU | SUSAN ALLEN |
| CHRISTOPHER TRIBLE | JENNIFER BLACKWELL | MAUREEN COLEMAN | SUSAN HENDERSON |
| CHRISTOPHER WADLEY | JENNIFER KALAS | MEGAN MURRAY | SUSAN MEHRINGER |
| CHRISTOPHER WAHL | JENNIFER STUDEBAKER | MELANIE KING | TEIRNEY CHRISTENSON |
| CLARE MAISANO | JENNIFER WATSON | MICAH INLOW | THEODORE HOVDA |
| CLARE RUSH | JEROME FERIANCEK | MICHAEL BERGIN | THOMAS CANNON |
| CONNIE POSTELLI | JILL FELKINS | MICHAEL BLOCK | THOMAS GILLIGAN |
| CRAIG LILJESTRAND | JOEL SPITZ | MICHAEL CASCINO | THOMAS GONZALEZ |
| CURTIS BAILEY | JOHN ARRANZ | MICHAEL DENNING | THOMAS HAYES |
| CYNTHIA LOCKE | JOHN BABIONE | MICHAEL DRUMKE | THOMAS KERNELL |
| DANIEL DONAHUE | JOHN CANONI | MICHAEL HULTQUIST | THOMAS NORBY |
| DANIEL ELGER | JOHN DOUGLAS | MICHAEL ROSENBERG | THOMAS SCHMITZER |
| DANIEL GRIFFIN | JOHN FONSTAD | MICHAEL TRUCCO | THOMAS SCHOBER |
| DANIEL JARDINE | JOHN FRANKE | MICHAEL ZUKOWSKI | THOMAS SCHRIMPF |
| DANIEL LONG | JOHN GOLLER | MITCHELL MOSER | THOMAS TARDY |
| DANIEL MANNA | JOHN HALPIN | MITCHELL PINSLY | THOMAS THIBODEAU |
| DANIEL MCGRATH | JOHN HELLER | NATHAN FRONK | TIFFANY TURNER |
| DANIEL MULHOLLAND | JOHN KENT | NATHAN QUAGLIA | TIMOTHY CONNOR |
| DANIEL O'CONNELL | JOHN KUROWSKI | NEAL MCQUEENEY | TIMOTHY KAPSHANDY |
| DANIEL RUSTMANN | JOHN LAFFEY | NICHOLAS NIZAMOFF | TIMOTHY KRIPPNER |
| DANIEL TRACHTMAN | JOHN SEEBOHM | NORA GIERKE | TIMOTHY MURPHY |
| DAVID CYR | JOHN SHEFFER | OLLIE HARTON | TIMOTHY PAGEL |
| DAVID DAMICO | JOHN SON | PATRICK FINNEGAN | TIMOTHY PIKE |
| DAVID DOGAN | JOHN VALENTI | PATRICK HAGGERTY | TOBIN TAYLOR |
| DAVID FANNING | JOHN WALLER | PATRICK LAMB | TRACY COWAN |
| DAVID HENDRICKSON | JON BAROOSHIAN | PATRICK STUFFLEBEAM | TREVOR WILL |
| DAVID JONES | JON FREDRICKSON | PATRICK WELLS | VIRGINIA GIOKARIS |
| DAVID KELLEHER | JON GOLDWOOD | PAUL O'FLAHERTY | W. REBER |
| DAVID SCOUTON | JONATHAN LIVELY | PAUL WOJCICKI | W. SIESENNOP |
| DAVID SETTER | JONATHAN MATTINGLY | PETER MARKS | WALTER WATKINS |
| DAVID SINGLEY | JONATHAN PARRINGTON | PETER MCKENNA | WARD BROWN |
| DAVID SZLANFUCHT | JONATHAN ZWEIZIG | RAYMOND FOURNIE | WILLIAM CROKE |
| DAVID TEMPLE | JOSEPH BROWN | RAYMOND MODESITT | WILLIAM KEELER |
| DAVID YBARRA | JOSEPH CAGNOLI | REED SUGG | WILLIAM MAHONEY |
| DEMETRA CHRISTOS | JOSEPH KRASOVEC | REGINALD BISHOP | WILLIAM MILLS |
| DENNIS CANTRELL | JOSEPH REJANO | RENEE MORTIMER | WILLIAM SERRITELLA |
| DERRICK HADDOX | JOSEPH SULLIVAN | RICHARD BIEDRZYCKI | WILLIAM SHENKENBERG |
| DONALD CARLSON | JOSHUA JOHANNINGMEIER | RICHARD BOYLE | WILLIAM SHULTZ |
| DONALD ORZESKE | JOSHUA LEE | RICHARD LAUTH | WILLIAM SMITH |
| DONALD WARD | JOSHUA SCHEETS | RICHARD RIEGNER | WILLIAM WENDLING |
| DOUGLAS KING | KATHERINE SPITZ | RICHARD SCHUSTER | WILLIS TRIBLER |

DS CVLO 1-7 Order 3.6.12